NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-440 consolidated with CA 03-441, CA 03-442

BERVICK ALLISON, JR.

VERSUS

SAFEWAY INS. CO. OF LOUISIANA, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 01-C-3358-A, C/W 01-C-4357-B,
and 01-C-5218-C
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.

AFFIRMED.

Donald Lynn Mayeux
Attorney at Law
P.O. Drawer 1460
Eunice, LA 70535
(337) 457-9610
COUNSEL FOR PLAINTIFF/APPELLEE:
        Wallace Doucet

**Gilbert J. Aucoin  II,**
**Attorney at Law**
**P. O. Box 540**
**Ville Platte, LA 70586**
**(337) 363-2223**
**COUNESL FOR PLAINTIFF/APPELLEE:**
     **Bervick Allison, Jr.**

**Martial Robert Voitier  Jr.**
**Borne & Wilkes**
**P. O. Box 4305**
**Lafayette, LA 70502-4305**
**(337) 232-1604**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
     **Safeway Ins. Co. of Louisiana**
     **Bryan Veillon**